**Order filed, July 16, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00440-CR

_____

### EX PARTE VIDAL  ALEXANDER REYES, Appellant

**On Appeal from the County Criminal Court at Law No 10
Harris County, Texas
Trial Court Cause No. 1946698**

## ORDER

The reporter's record in this case was due **June 12, 2014**.  *See* Tex. R. App. P. 35.1.  On **June 25, 2014**, this court ordered the court reporter to file the record within 10 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Bonnie Rodriguez**, the substitute court reporter, to file the record in this appeal **within 10 days** of the date of this order.  **No further extension will be entertained absent exceptional circumstances.**  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See*

Tex. R. App. P. 35.3(c). If **Bonnie Rodriguez** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM